## Worrall, Appellant, *v.* Worrall.

Argued September 28, 1944. Before KELLER, P. J., BALDRIGE, RHODES, HIRT, RENO and JAMES, JJ.

*Frank R. Ambler,* for appellant.

*Ralph S. Croskey,* of *Croskey & Edwards,* for appellee.

PER CURIAM, October 4, 1944:
The six judges who heard this case being equally divided in opinion, the decree is affirmed at the costs of the appellant.